UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                               :

GEORGE LIMBERIOU
                                                     : Bankruptcy No. 16-14655REF
           Debtor(s)                                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: January 11, 2018**

Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOSEPH T BAMBRICK JR ESQ
529 READING AVENUE
SUITE K
WEST READING PA 19611-

GEORGE LIMBERIOU
1804 BERNVILLE ROAD
READING,PA.19601